U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 7 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BARBARA DAVIS, DOROTHY RANDLE and JOHNNY BENTON | **3:07cv1369** |
| VS. | |
| BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC d/b/a BMA BASTROP and XYZ INSURANCE CO. | |

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant, Bio-Medical Applications of Louisiana, LLC d/b/a BMA Bastrop ("BMA"), (hereinafter referred to as "Remover") who, pursuant to 28 U.S.C § 1441 and 1446, respectfully files this Notice of Removal. In support of this removal, Remover asserts the following:

I.

On or about June 26, 2006, plaintiff filed this suit in the 4th Judicial District Court, Parish of Morehouse, State of Louisiana, which is now pending therein bearing Suit Number 2007-436.

II.

This Notice of Removal is being filed within thirty (30) days after the receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the state court action or proceeding is based. Remover was served through its registered agent for service of process on or about July 24, 2007.

III.

This suit is being removed less than one year after commencement of this action in state court.

IV.

Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Western District of Louisiana, Monroe Division, is the district and division within which the above described state court suit is pending.

V.

This court has jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441 because this action is between citizens of different states and the amount in controversy exceeds SEVENTY FIVE THOUSAND DOLLARS ($75,000), exclusive of costs and interests.

VI.

Plaintiffs, upon information and belief, are citizens of the State of Louisiana. BMA is a Delaware Corporation with its principal place of business in the State of Massachusetts.

VII.

Remover reasonably believes and avers that the amount in controversy in the above entitled action, exclusive of interest and costs, will exceed the jurisdictional amount of SEVENTY FIVE THOUSAND DOLLARS ($75,000) set forth in 28 U.S.C. § 1332 and incorporated in 28 U.S.C. § 1441(a) which allows removal of state court suits to federal

court. Specifically, the state court petition alleges "wrongful death" and seeks damages for pain and suffering and medical expenses.

## VIII.

A copy of the state court's suit and citation is attached to this Notice of Removal as Exhibit "A".

WHEREFORE, Remover prays that this Notice of Removal be accepted by this Honorable Court as good and sufficient and that this Court will enter such orders as may be proper in the premises.

By Attorneys,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

By: _____
Erick Y. Miyagi, #22533
451 Florida Street, 8th Floor
P. O. Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221

*Attorneys for Bio-Medical Applications of Louisiana, LLC d/b/a BMA Bastrop*

### - CERTIFICATE OF SERVICE -

I certify that a copy of the foregoing was this day mailed, properly addressed and first-class postage prepaid, to L. Douglas Lawrence, The Lawrence Law Firm, L.L.C., 209 West Jefferson Avenue, Bastrop, Louisiana, 71220.

Baton Rouge, Louisiana, this 16th day of August, 2007.

_____
Erick Y. Miyagi



**TAYLOR PORTER**
ATTORNEYS AT LAW

Founded 1912

ERICK Y. MIYAGI
*Partner*

(225) 381-0233 TELEPHONE
(225) 346-8049 FACSIMILE

hiko.miyagi@taylorporter.com



U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 7 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

August 16, 2007

<u>*Via* **Federal Express Delivery**</u>

Honorable Robert Shemwell
Clerk of Court, U.S.D.C.
Western District of LA – Shreveport Division
300 Fannin St.
Shreveport, LA 71101

Re:  Barbara Davis, Dorothy Randle and Johnny Benton, o.b.o. Lillie Benton (D) vs. Bio-Medical Applications of Louisiana, LLC d/b/a BMA Bastrop and XYZ Insurance Company;
Removal from 4th Judicial District Court, Morehouse Parish; Suit No. 2007-436

Dear Sir:

I enclose for filing a Notice of Removal along with a copy of the State court lawsuit which I would appreciate you filing into the suit record. Please return one (1) file-stamped copy of the documents to our office in the self-addressed stamped envelope provided for your convenience. Our check is enclosed in the amount of $350.00 to cover this cost.

If you have any questions, please do not hesitate to contact me. Otherwise, thank you for your assistance in this matter.

Sincerely,

Erick Y. Miyagi

EYM/khd 1237/00093
cc:  L. Douglas Lawrence (w/encls) (*via* U.S. Mail)
     Justin Sergio (w/encls) (*via* electronic mail)
     Salvatore Garafola (w/encls) (*via* electronic mail)

TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.
www.taylorporter.com

Post Office Box 2471
Baton Rouge, Louisiana 70821

8th Floor Chase Tower South
451 Florida Street (70801)

[225] 387-3221 TELEPHONE
[225] 346-8049 FACSIMILE