RECEIVED
IN MONROE, LA

OCT 0 1 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



# THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **BARBARA DAVIS, ET AL.** | **CIVIL ACTION NO. 07-01369** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 27], together with the written objections thereto filed with this Court [Doc. Nos. 29 & 32], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Bio-Medical Applications of Louisiana, LLC's Motion for Summary Judgment [Doc. No. 11] is GRANTED, Plaintiffs Barbara Davis's, Dorothy Randle's, and Johnny Benton's Motion for Summary Judgment [Doc. No. 16] is DENIED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this _1_ day of October, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE